UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

TAMILLA MUKHAILOVA,

                Plaintiff,

-against-

FBA OF SYOSSET, LLC, JOHN KUVEIKIS,
MATTHEW BRYANT, WILLIAM SQUIRES,
and VICTOR SHICK,

                Defendants.
----------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 25 2018 ★

LONG ISLAND OFFICE

Case No. 2:17-cv-6395

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between, on the one hand, Plaintiff TAMILLA MUKHAILOVA and, on the other hand, Defendants FBA OF SYOSSET, LLC, JOHN KUVEIKIS, MATTHEW BRYANT, WILLIAM SQUIRES, and VICTOR SHICK, through their undersigned attorneys of record, who are authorized to execute this Stipulation, that the above-captioned action is dismissed in its entirety with prejudice, with all parties to bear their own costs and fees, except as otherwise provided in any applicable settlement agreement.

Dated:   Armonk, New York
         August 13, 2018

Dated:   New York, New York
         August 13, 2018

WITTELS LAW, P.C.

By:   /s/ Steven L. Wittels
     Steven L. Wittels
     Tiasha Palikovic
     18 Half Mile Road
     Armonk, New York 10504
     (914) 319-9945

*Attorneys for Plaintiff*

GORDON REES
SCULLY MANSUKHANI, LLP

By:   /s/ Francis J. Giambalvo
     David J. Grech
     Francis J. Giambalvo
     1 Battery Park Plaza, 28th Floor
     New York, New York 10004
     (212) 269-5500

*Attorneys for Defendants*

/s/ A. Kathleen Tomlinson   10/25/18
HONORABLE A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE

*The Clerk's Office is directed to close this case.*